UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RRONA ESSEX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:16-cv-2869 CKD<br><br><br>ORDER |

By order filed March 22, 2017, plaintiff was ordered to show cause why this action should not be dismissed for lack of prosecution. Plaintiff has responded to the order to show cause and has now submitted the requisite documents to the United States Marshal for service of process.

Accordingly, IT IS HEREBY ORDERED that the order to show cause (ECF No. 7) is discharged.

Dated: March 29, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 essex2869.osc.dis