| | |
|---|---|
| SHELLIE LOTT, SBN: 068748<br>Cerney Kreuze & Lott, LLP<br>42 N. Sutter Street, Suite 400<br>Stockton, California 95202<br>Telephone: (209) 948-9384<br>Facsimile: (209) 948-0706<br><br>Attorney for Plaintiff | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO BRANCH

| | |
|---|---|
| RRONA DEANNE ESSEX,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:16-CV-02869-CKD<br><br>**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion for Summary Judgment/Remand in the above-referenced case is hereby extended, by 21 days, to the new due date of August 28, 2017.

///

///

///

1 | This extension is requested because of the large size of the Plaintiff's transcript and the
2 | number of briefs due by the attorney for July and August.

DATED: August 2, 2017

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

 /s/ *Shellie Lott*  
SHELLIE LOTT,
Attorney for Plaintiff

 */s/ Ben A. Porter*  
BEN A. PORTER,
(As authorized via E-mail on 8/2/17 by Jeffrey Chen)
Special Assistant U S Attorney
Attorneys for Defendant

SHELLIE LOTT, SBN: 068748
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| RRONA DEANNE ESSEX,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:16-CV-02869-CDK<br><br>[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT |

Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion for Summary Judgment on or before August 28, 2017.

SO ORDERED.


Dated: August 3, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE