SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| RRONA DEANNE ESSEX,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:16-CV-02869-CKD<br><br>**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Reply to Defendant's Cross-Motion for Summary Judgment in the above-referenced case is hereby extended from the present due date of September 12, 2017, by fourteen days, to the new due date of September 26, 2017. This extension is requested because the writer is currently in Jacksonville, Florida, and may have to evacuate due to incoming Hurricane Irma.

DATED: September 7, 2017

　　　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX

/s/ *Shellie Lott*　　　　　　　　　　　　　　　　*/s/Ben A Porter*
SHELLIE LOTT,　　　　　　　　　　　　　　　BEN A. PORTER,
Attorney for Plaintiff　　　　　　　　　　　　　(As authorized via E-mail on 9/7/17)
　　　　　　　　　　　　　　　　　　　　　　　　Special Assistant U S Attorney
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

| | |
|---|---|
| SHELLIE LOTT, SBN: 246202 | |
| Cerney Kreuze & Lott, LLP | |
| 42 N. Sutter Street, Suite 400 | |
| Stockton, California 95202 | |
| Telephone: (209) 948-9384 | |
| Facsimile: (209) 948-0706 | |

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| RRONA DEANNE ESSEX, | Case No.: 2:16-cv-02869-CKD |
| Plaintiff, | |
| vs. | [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Reply to Defendant's Cross-Motion for Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Reply to Defendant's Cross-Motion for Summary Judgment on or before September 26, 2017.

SO ORDERED.


Dated: September 14, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE